**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2328**

JAMIE NEIL PARKER,

        Plaintiff - Appellant,

      v.

THOMAS H. LOCK, Judge; KRISTEN BALL; KARLA BETH DENNING,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:20-cv-00359-FL)

Submitted:  February 23, 2021              Decided:  February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jamie Neil Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Neil Parker seeks to appeal the district court's order and judgment adopting the recommendation of the magistrate judge and dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on September 15, 2020. Parker filed the notice of appeal on December 8, 2020. Because Parker failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We deny Parker's motion to supplement the record and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*